**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN G. CONKLIN, | : | |
| Plaintiff | : | |
| | : | Civil Action No. 1:06-CV-02245 |
| v. | : | |
| | : | (Chief Judge Kane) |
| WARRINGTON TOWNSHIP, | : | |
| REBECCA KNAUB, PAMELA LEE, | : | |
| GREGORY GETTLE, EDWIN A.D. | : | |
| SCHWARTZ, PAUL LUTZ, CHASE | : | |
| BANK OF TEXAS, SAXON | : | |
| MORTGAGE CO., EMC, MERITECH | : | |
| MORTGAGE CO., DEUTSCH BANK, | : | |
| LEON HALLER, DAVID DOE, | : | |
| SUE DOE, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 25th day of July, 2007, **IT IS HEREBY ORDERED** that the motions to dismiss Plaintiff's original complaint (Doc. Nos. 4, 6, 8, 13) are **DENIED** as moot. **IT IS FURTHER ORDERED** that the motions to dismiss Plaintiff's amended complaint filed by Defendants David Doe, Susan Doe, Pamela Lee, Gregory Gettle (Doc. No. 35) and by Edwin A.D. Shwartz (Doc. No 37) are **DENIED** as moot, as these motions and supporting materials have been refiled by these Defendants in accordance with the Clerk of Court's February 9, 2007, instructions.

    S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania