# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN G. CONKLIN,** | : | **CIVIL ACTION NO. 1:06-CV-2245** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **WARRINGTON TOWNSHIP, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of December, 2008, upon consideration of the motion

(Doc. 96) to dismiss the second amended complaint, filed by defendants Gregory

Gettle and Pamela Lee, and it appearing that plaintiff has not yet filed a second

amended complaint,[1] and that the deadline for filing the same is December 19, 2008,

(see Doc. 94), it is hereby ORDERED that the motion (Doc. 96) to dismiss the second

amended complaint is DENIED without prejudice.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff filed a motion seeking leave to amend his complaint on August 8, 2008.  (Doc. 90.)  On November 20, 2008, the court granted leave to amend in part. (See Doc. 94.)  Plaintiff has taken no action since issuance of this ruling.