# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN G. CONKLIN,** | : | CIVIL ACTION NO. 1:06-CV-2245 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **WARRINGTON TOWNSHIP and REBECCA KNAUB,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of December, 2009, upon consideration of the notice (Doc. 119), filed by plaintiff on December 1, 2009, wherein plaintiff requests that the court "Please 'End, discontinue, and terminate' as to Warrington Township and Rebecca Knaub," (id.), and it appearing that Warrington Township and Rebecca Knaub are the only defendants remaining in the above-captioned matter, and recognizing that under Federal Rule of Civil Procedure 41(a), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper," it is hereby ORDERED that:

1. Plaintiff's notice to "End, discontinue, and terminate as to Warrington Township and Rebecca Knaub" is CONSTRUED as a Rule 41(a) request for voluntary dismissal and is GRANTED as so construed. All claims against defendants Warrington Township and Rebecca Knaub are DISMISSED with prejudice.

2. Defendants' motion (Doc. 114) for summary judgment is DENIED as moot.

3. The Clerk of Court is instructed to CLOSE this case.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge